IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE MOORE,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　13-cv-846-bbc

ST. JOSEPH THE WORKMAN CATHEDRAL PARISH, LA CROSSE, WI, CITY OF LA CROSSE, WI, DIOCESE OF LACROSSE ATTORNEY JAMES BIRNBAUM and OFFICER CRAIG TEFF,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Diocese of La Crosse Attorney James Birnbaum for plaintiff's failure to state a claim against him under Fed. R. Civ. P. 8; and

    (2) granting St. Joseph the Workman Cathedral Parish, La Crosse Police Department and Officer Craig Teff's motion to dismiss for lack of diversity jurisdiction and dismissing this case.

| /s/ | 1/9/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

Case: 3:13-cv-00846-bbc Document #: 58 Filed: 01/09/15 Page 2 of 2